**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 01-50224
_____

SOLIDE, INC.,

Plaintiff - Appellant,

versus

ADMIRAL INSURANCE COMPANY,

Defendant - Appellee.

Appeal from the United States District Court
For the Western District of Texas
USDC No. W-00-CV-160

December 7, 2001
Before JONES, EMILIO M. GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. Loc. R. 47.6.

_____

[*]     Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.